THE PEOPLE OF THE STATE OF NEW YORK ex rel. 812 PARK AVE. CORPORATION, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants.

*Per Curiam.* After taking into consideration all relevant factors, we think that the order should be modified by fixing the assessed valuations as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–42 | $450,000 | $900,000 | $1,350,000 |
| 1942–43 | 430,000 | 880,000 | 1,310,000 |
| 1943–44 | 430,000 | 860,000 | 1,290,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellants.

Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ., concur.

Order unanimously modified by fixing the assessed valuations as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–42 | $450,000 | $900,000 | $1,350,000 |
| 1942–43 | 430,000 | 880,000 | 1,310,000 |
| 1943–44 | 430,000 | 860,000 | 1,290,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellants. Settle order on notice.